# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                         CASE NO. **6:18-cr-10096-JWB**

**AMANDA PATRICK,**

    **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE and COUNT TWO

**THEFT OF MAIL MATTER BY OFFICER OR EMPLOYEE**
**(18 U.S.C. 1709)**

On or about the dated identified below, in the District of Kansas, the defendant,

**AMANDA PATRICK**,

Being a Postal Service employee did knowingly embezzle a letter, package, bag, and mail, and any article and thing contained therein entrusted to her, and which came into her possession intended to be conveyed by mail, carried and delivered by any carrier, agent or other person employed in any department of the Postal Service, and forwarded through

and delivered from any post office or station thereof established by authority of the Postmaster General or the Postal Service, and did steal and remove from any such letter, package, bag and mail any article or thing contained therein, to wit: on the dates below the defendant did remove from a letter, package, bag, and mail, gift cards and cash which were to be delivered by the Postal Service.

| COUNT | DATE | ITEM | VALUE |
|---|---|---|---|
| ONE | December 22, 2017 | Gift Card | $100.00 |
| TWO | May 23, 2018 | Cash | $40.00 |

The above acts were in violation of Title 18, United States Code, Sections 1709 and 2.

A TRUE BILL.

July 17, 2018                                     s/Foreperson
DATE                                              FOREPERSON OF THE GRAND JURY



 s/Stephen R. McAllister
STEPHEN R. McALLISTER,
Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Stephen.mcallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**

2